# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2018

Stephen J. Markman,
Chief Justice

158176

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

TAMMY MORWAY,
     Plaintiff-Appellant,

v

MOTORS LIQUIDATION COMPANY,
     Defendant,
and

VOITH INDUSTRIAL SERVICES,
     Garnishee-Defendant-Appellee.
_____/

SC: 158176
COA: 337963
Genesee CC: 2011-095182-NO

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs to either party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2018



Clerk